1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTWONE FLEMING, | ) | Case No. 2:16-cv-00753-KJD-NJK |
| Plaintiff(s), | ) | **AMENDED** |
| | ) | <u>**ORDER DENYING APPLICATION**</u> |
| vs. | ) | <u>**TO PROCEED *IN FORMA PAUPERIS***</u> |
| | ) | |
| JOHN PIRO, | ) | (Docket No. 1) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is Plaintiff's application to proceed in this action *in forma pauperis*. Docket No. 1.  Plaintiff is currently incarcerated in the Clark County Detention Center.  *Id.* at 1.  This proceeding was referred to the Court by Local Rule IB 1.9.  Plaintiff has submitted the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them.  However, he must also include a recent (within the past six months) financial certificate signed by an authorized officer of the institution in which he is incarcerated, a copy of his inmate trust account statement, and a signed financial affidavit as required by 28 U.S.C. § 1915 (a)(2) and LSR 1-2.

Further, Plaintiff has not filed a Complaint.  Instead, he has only attached a civil cover sheet to his *in forma pauperis* application.  Docket No. 1-1.  Failure to file a proper complaint may result in dismissal of this case.  *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992).

Based on the foregoing, **IT IS ORDERED** that:

1.      Plaintiff's application to proceed *in forma pauperis* is hereby **DENIED** without prejudice.

2.      Plaintiff shall file a Complaint and a renewed application to proceed *in forma pauperis*,

accompanied by a recent (within the past six months) signed and executed financial certificate, a certified statement from his inmate trust account, and a signed and executed financial affidavit.

3.  The Clerk of the Court shall send Plaintiff a blank *in forma pauperis* application form for incarcerated litigants with instructions.

4.  In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of $400, accompanied by a copy of this Order.

5.  Plaintiff must comply with this order no later than May 16, 2016.

6.  Failure to comply will result in a recommendation to the district judge for dismissal of this action.

Dated: April 18, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE